**David Anthony STEBBINS, Appellant,**

v.

**UNIVERSITY OF ARKANSAS; Office of the Chancellor, Appellees.**

No. 11–2465.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 25, 2011.

Filed: Nov. 10, 2011.

David Anthony Stebbins, Harrison, AR, pro se.

Thomas Scott Varady, University of Arkansas, Office of General Counsel, Fayetteville, AR, for Defendant–Appellee.

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

PER CURIAM.

David Anthony Stebbins appeals the district court's [1] orders denying his motion to confirm an arbitration award, and his related motion for reconsideration. The instant appeal is untimely as Stebbins's notice of appeal was not filed within thirty days after the order appealed from was entered. *See* Fed. R.App. P. 4(a)(1)(A); *Dieser v. Cont'l Cas. Co.,* 440 F.3d 920, 923 (8th Cir.2006) (timely notice of appeal is mandatory and jurisdictional). The appeal

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the

is dismissed for lack of jurisdiction. *See* 8th Cir. R. 47B.

Western District of Arkansas.